IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 11-5022-01-CR-SW-RED |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 876(c) |
| | ) | NMT 10 Years Imprisonment |
| v. | ) | NMT $250,000 Fine |
| | ) | NMT 3 Years Supervised Release |
| **GERALD B. HEAD,** | ) | Class C Felony |
| [DOB: 06-30-1974], | ) | |
| | ) | $100 Mandatory Special Assessment |
| Defendant. | ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

On or about March 28, 2011, in Vernon County, within the Western District of Missouri, the defendant, **GERALD B. HEAD**, knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication, dated March 28, 2011, addressed to Justice Scalia, U.S. Supreme Court, 1 NE 1st, Washington D.C., 20543, who is a United States Supreme Court Justice, and containing a threat to injure Justice Scalia, all in violation of Title 18, United States Code, Section 876(c).

                                                        **A TRUE BILL**

                                                        */s/*
                                                        FOREPERSON OF THE GRAND JURY

*/s/ Michael S. Oliver*
Michael S. Oliver #41832
Assistant United States Attorney

DATED:  June 15, 2011
                Springfield, Missouri